UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION



COLONY INSURANCE COMPANY                                           PLAINTIFF

VS.                                           CIVIL ACTION NO. 3:09cv671-DPJ-JCS

ADVANCED TITLE & ESCROW, LLC, ET AL.                        DEFENDANT

## ORDER OF RECUSAL

This cause is before the Court, *sua sponte*, for purposes of recusal pursuant to 28 U.S.C. § 455 (2000). It is appropriate under the standards set forth in 28 U.S.C. § 455 that the undersign recuse himself from this case.

It is, therefore, ORDERED, that the undersigned recuses himself from all further proceedings in this case.

**SO ORDERED** this the 2th day of December, 2009.

                                                       s/ *Daniel P. Jordan III*
                                                       UNITED STATES DISTRICT JUDGE