**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

| | |
|---|---|
| **COLONY INSURANCE COMPANY,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**ADVANCED TITLE & ESCROW, LLC;** )<br>**PRESTIGE TITLE, INC.; LAWYERS** )<br>**TITLE INSURANCE CORP.;** )<br>**WACHOVIA BANK, N.A. and** )<br>**REGIONS BANK** )<br>)<br>Defendants ) | **CAUSE NO. 3:09-cv-00671-HTW-LRA** |

**ORDER GRANTING PLAINTIFF'S MOTIONS TO DISMISS
REGIONS BANK AND WACHOVIA BANK N.A.**

This cause having come to be heard on Plaintiff Colony Insurance Company's Motion to Dismiss Defendants Regions Bank [Docket No. 23] and Wachovia Bank N.A. [Docket No. 25] pursuant to the stipulations between the parties, and the Court being fully advised in the premises and of the opinion that the motion should be granted, and the interested parties having announced their agreement thereto,

IT IS THEREFORE ORDERED AND ADJUDGED that the above-styled case shall be and hereby is dismissed with prejudice as to

Defendants Regions Bank and Wachovia Bank N.A., and those parties only, with each party to bear its own costs.

ORDERED this the 28th day of April, 2010.

**s/ HENRY T. WINGATE**
_____
CHIEF JUDGE
UNITED STATES DISTRICT COURT

Presented by:

Counsel for Plaintiff:
William H. Creel, Jr.
Currie Johnson Griffin Gaines & Myers, P.A.
P. O. Box 750
Jackson, MS 39205
Telephone: 601-969-1010
Facsimile: 601-969-5120